## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gail Gray, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Keurig Dr Pepper, Inc., <br><br> Defendant. | Civil Action No. 1:25-cv-06527 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Gail Gray, by and through her undersigned counsel of record, hereby dismisses her claims against Defendant Keurig Dr Pepper, Inc without prejudice.

Dated: New York, New York
      June 26, 2026             Respectfully submitted,

**GUCOVSCHI LAW FIRM, PLLC**

By: */s/ Adrian Gucovschi*
    Adrian Gucovschi, Esq.

Adrian Gucovschi
165 Broadway, Fl. 23
New York, NY 10006
Tel: (212) 884-4230
adrian@gucovschilaw.com

*Counsel for Plaintiff*